```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

           DEC 3 0 2016

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

Chet Duda
Name
HDSP - P.O. Box 650
Indian Springs, NV, 89070
1107359
Prison Number

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Chet Duda,
        Plaintiff,

vs.

Brian E Williams, Warden,
Sr. Flores,
Sr. Brettenbach,
C/O Choyce,
Sgt. Rivera,
        Defendant(s).

2:16-cv-03044-KJD-CWH

CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

Preliminary Injunctive Relief with Rights to Reserve a future Jury Trial

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, Chet Duda
(Print Plaintiff's name)

who presently resides at High Desert State Prison, were

violated by the actions of the below named individuals which were directed against

Plaintiff at High Desert State Prison on the following dates
(institution/city where violation occurred)

7/28/16 to 7/31/16,    8/1/16   , and   11/2/16  .
  (Count I)         (Count II)         (Count III)

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant __Brian E Williams__ resides at __N/A__,
(full name of first defendant)  (address if first defendant)
and is employed as __Warden__. This defendant is sued in his/her
(defendant's position and title, if any)
__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __Active Warden at H.D.S.P. in charge of staff and Correction Officers__

3) Defendant __Sr. Flores__ resides at __N/A__,
(full name of first defendant)  (address if first defendant)
and is employed as __Senior Correction Officer__. This defendant is sued in his/her
(defendant's position and title, if any)
__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __A.M. Unit Corrections officer for Unit 2 C/D__

4) Defendant __Sr. Brettenbach__ resides at __N/A__,
(full name of first defendant)  (address if first defendant)
and is employed as __Senior Corrections Officer__. This defendant is sued in his/her
(defendant's position and title, if any)
__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __P.M. Unit Corrections Officer for Unit 2 C/D__

5) Defendant __C/O Choyce__ resides at __N/A__,
(full name of first defendant)  (address if first defendant)
and is employed as __Corrections Officer__. This defendant is sued in his/her
(defendant's position and title, if any)
__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __Alternate Unit Corrections Officer for Unit 2 C/D__

2

6) Defendant **Sgt. Rivera** resides at **N/A**,
(full name of first defendant)   (address if first defendant)
and is employed as **Corrections Officer**. This defendant is sued in his/her
(defendant's position and title, if any)
___ individual **X** official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Sergeant in charge over this unit and mentioned correction officers**

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

**N/A**

----

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

On July 28, 2016, I was moved to cell 2D14. After settling in, I noticed my cell mate acting a little weird. It did not take long to realize the vent door on the H.V.A.C. unit was closed. With this door closed no ventalation accoured. Tempertures in this cell rose over 100 degrees. After several unsuccessful complaints to unit officers, I filed an emergency grievance. Much to my suprise, the Sergeant's response was, "This is not an emergency per AR 740." (See exhibit) I am currently suffering from neurological issues from this incident that need immediate attention.

----

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: 8th Amendment Rights - "Deliberate Indifferent"

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On July 28, 2016, the Plaintiff was moved to cell 2D14. I did not take long to realize the HVAC vent was not pushing any air into the cell. Tempetures in this unit rose well over 100 degrees. It became very uncomfortable and dangerously unbearable.

Over the next 3 days the Plaintiff and cell mate Todd Schwarting made several complaints to Senior Flores and Senior Brettenbach about the extreme heat conditions in our cell. Both Senior Officers made attempts to reach maintenance and left messages about no ventilation in the cell.

On the fourth day, the Plaintiff spoke to C/O Choyce about the situation and how it was affecting his and his cellmates health. CO. Choyce stated, "There is nothing I can do about it, you will just have to live with the situation." The Plaintiff had enough and filed an "emergency" grievance.

Approximately 2 hours later, Sgt. Rivera knocked on the door. Much to the Plaintiff's suprise, the Sgt.

4

## Count 1 Continued

1. stated, "This was not an "emergency situation per
2. A.R. 740, but I will put in a request to maintenance."
3. (See exhibit 1)
4.     Several hours later, Todd Schwarting had enough.
5. He filed an "emergency" grievance and received the same results
6.     At evening chow, the Plaintiff spoke to inmate
7. Jeremy Watson about the situation. He stated, "the vent
8. door to the cell is probably closed which is an easy fix."
9. A few days later, inmate Watson and the plumber were
10. in the unit. Inmate Watson took it upon himself to ask
11. the plumber if he could open the access door to the
12. utility closet to check the H.V.A.C. vent door. Within
13. 30 seconds, fresh cool air was circulating the
14. cell. Inmate Watson stated that the vent door
15. was completely closed preventing air to enter the
16. cell.
17.     During the 7 day ordeal, not one Corrections
18. Officer or maintenance enter into the cell to check the
19. adverse conditions. They all ignored their duties and
20. responsibilities as a Corrections Officer to health
21. concerns, safety, and/or welfare of prisoners,
22. especially after receiving several complaints.
23.     This is a textbook example of "deliberate indifference" to
24. to a prison condition that exposes a prisoner to an
25. unreasonable risk of serious harm. A violation of the
26. plaintiff's Eight Amendment Rights.
27.     Being locked down in a cell 14-16 hours a day with
28. tempertures well over 100 degrees has left the Plaintiff
29. with some neurological issues, needing to seek immediate
30. medical attention.

-4A-

## COUNT II

The following civil rights has been violated: <u>8th Amendment Rights -</u>
<u>"Cruel and Unusual Punishment"</u>

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Even though this may have been unintentional, the inactions of four Correction Officers to protect the Plaintiff's right to a safe and humane environment in prison were violated. Leaving inmates in a dangerous environment/situation for 7 days after receiving several complaints is cruel and unusual punishment - an 8th Amendment Rights violation. In addition to violating AR 740.10

## COUNT III

The following civil rights has been violated: 5th Amendment Right Failure of Due Process

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plaintiff's attempt to follow grievance process proved futile.

A.R. 740.10 (3) states, "the highest-ranking staff member on duty with the aid of an authorized department official shall immediately take corrective measures necessary to prevent a substantial risk of injury or breach of security." (See exhibit 3)

The only immediate measure taken was the Sergeant personally delivering the "Emergency" grievance signed by him stating "Not an emergency- file informal grievance per A.R. 740." He mentioned that he will contact maintenance and walked away. (See exhibit 1).

The Plaintiff's informal grievance was filed in a timely manner. (See exhibit 4)

Two months later, the caseworker finally responds. The Plaintiff was appalled to find the

(Continued Next Page)

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ___ Yes  X  No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

## COUNT III CONTINUED

that the case worker deviates from addressing the issue with A.R.740.10 or the dangerous environment. His excuse, "The Plaintiff is no longer housed in Unit 2D14, however maintenance has been contacted to take a temperture measurement - Grievance Denied (See exhibit 2)

Three months after the fact is a little too late to have maintenance do "anything".

The problem was fixed months ago. But the the health and welfare of prisoners has been neglected.

The damage has been done. The plaintiff is having neurologicial issues and is seeking professional help outside of the prison medical staff (ex. UMC, etc.) There is no one at this facility who is qualified to treat these types of issues.

outline).

    a)     Defendants: _____
    b)     Name of court and docket number: _____
    c)     Disposition (for example, was the case dismissed, appealed or is it still pending?): 
    d)     Issues raised: _____ N/A _____

    e)     Approximate date it was filed: _____
    f)     Approximate date of disposition: _____

2)     Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes  **X**  No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

    a)     Defendants: _____.
    b)     Name of court and case number: _____.
    c)     The case was dismissed because it was found to be (check one): ____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.
    d)     Issues raised: _____ N/A _____

    e)     Approximate date it was filed: _____
    f)     Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

    a)     Defendants: _____.
    b)     Name of court and case number: _____.

7

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.
d) Issues raised: ~~N/A~~
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _____
b) Name of court and case number: _____
c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.
d) Issues raised: ~~N/A~~
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? **X** Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.
If your answer is "Yes", provide the following information. Grievance Number **Emergency Informal**
Date and institution where grievance was filed **8/1/16, 8/3/16 H.D.S.P.**

Response to grievance: **Both the Emergency and Informal were denied (See exhibits)**

8

_____

_____

- - - - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

1) Immediate Neurological evaluation/treatment at a facility NOT affiliated with H.D.S.P./NDOC at H.D.S.P./NDOC's expense
2) Plaintiff receives copies of ALL medical findings and assessments at H.D.S.P./NDOC's expense
3) $500,000 in Compensatory/Punitive damages
4) Plaintiff reserves the right to further financial

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____        _____
(Name of Person who prepared or helped        (Signature of Plaintiff)
prepare this complaint if not Plaintiff)

                                                                      12/27/16
                                                                      (Date)

- - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

relief once evaluation of Neurological/Psychological damages have been assessed.
5) Examinated by an outside optometrist who specializes in brain injury patients at N.D.O.C's expense
6) New eyeglasses perscribed by optometrist for Plaintiff at NDOC's expense

9

## CERTIFICATE OF SERVICE

I, **Chet Duda**, hereby certify that I am the petitioner in this matter and I am representing myself in propria persona.

On this **27th** day of **December, 2016**, I served copies of the **Civil Actions Complaint - 1983** _____,

in case number: **—** and placed said motion(s) in U.S. First Class Mail, postage pre-paid:

Address:

Sent to: **Clerk - U.S. District Court**
**District of Nevada**
**333 Las Vegas Blvd. Room 1334**
**Las Vegas, NV. 89101**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the petitioner in the above-entitled action, and he, the defendant has read the above CERTIFICATE OF SERVICE and that the information contained therein is true and correct. 28 U.S.C. §1746, 18 U.S.C. §1621.

Executed at **High Desert State Prison** on this **27** day of **December, 2016**.

_Chet Duda_ **1107359** DOP#

PETITIONER -- In Proper Person

# AFFIRMATION
## Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding _____

__Civil Actions Complaint - 1983__
(Title of Document)

filed in District Court Case number _____

☒ Does not contain the social security number of any person.

-OR-

☐ Contains the social security number of a person as required by:

    A. A specific state or federal law, to wit:

    _____
    (State specific law)

-or-

    B. For the administration of a public program or for an application for a federal or state grant.

_[signature]_ Chet Duda 1107359
Signature

12/27/16
Date

Chet Duda
Print Name

Plaintiff
Title

# NEVADA DEPARTMENT OF CORRECTIONS
# EMERGENCY
## GRIEVANCE FORM

NAME: Chet Duda   I.D. NUMBER: 1107359
INSTITUTION: H.D.S.P.   UNIT: 2D14

GRIEVANT'S STATEMENT: We have no ventilation in our unit. The heat in here is unbearable. The vent is ether clodded or closed. We have been complaining about this for 3 days with no results. My cellie has medical issues and I am 60 years old and neither of us can tolerate this is inhomane and cruel and unusual punishment

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: [signature]   DATE: 8/1/16   TIME: 9:50 AM
RECEIVING STAFF SIGNATURE: C/O CHOYCE   DATE: 8/1/16   TIME: 0952A

SUPERVISOR COMMENT/ACTION TAKEN ON EMERGENCY GRIEVANCE: Not an emergency file an informal grievance per AR 740

SUPERVISOR SIGNATURE: [signature]   TITLE: SGT   DATE: 8/1/16   TIME: 1115

INMATE AGREES: X   INMATE DISAGREES: ___
INMATE SIGNATURE: [signature]   TIME: 1116   DATE: 8/1/16

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FORMAL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:   To inmate when complete, or attached to formal grievance
Canary:    To Grievance Coordinator when complete
Pink:       Inmate's initial receipt

RECEIVED
AUG 04 2015
HDSP

DOC-1564 (7/02)

# State of Nevada
## Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#** 20063029959        **ISSUE DATE:** 08/02/2016

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| DUDA, CHESTER | 1107359 | RTRN_INF | DSTEVENS |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 11/02/2016 | 4 | Denied | LBELT | A |

**INMATE COMPLAINT**

**OFFICIAL RESPONSE**

Inmate Duda,

You are no longer housed in Unit 2D 14, however Maintenance has been contacted to take a temperature measurement.

Grievance resolved

*GRIEVANCE RESPONDER*

---

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.2
Run Date:   NOV-02-16 03:05 PM

Page 3 of 10

    A. Be brought to the attention of the Grievance Coordinator as soon as possible.

    B. The Grievance Coordinator should review all documentation supporting the alleged abuse to determine if abuse has occurred and forward a written recommendation to the Warden.

    C. The Warden should review and, if warranted, forward to the DDs with a recommendation that a Notice of Charges be issued.

    D. Only the DDs can write a Notice of Charges on the inmate if they determine an abuse of the grievance process.

    E. The DDs will forward the Notice of Charges to the Warden for processing through the inmate disciplinary process.

    F. A conduct violation of this nature is not a form of retaliation.

    G. An inmate may not be disciplined for filing a grievance related to alleged sexual abuse unless the Department has demonstrated that the inmate filed the grievance in bad faith.

## 740.10  EMERGENCY GRIEVANCE PROCEDURE

1.    An Emergency Grievance (Form DOC-1564) received by any staff member shall be immediately delivered to the shift supervisor no later than is reasonable and necessary to prevent serious injury or a breach of security.

2.    Any emergency grievance alleging that an inmate is subject to substantial risk of imminent sexual abuse shall be immediately forwarded to the highest ranking staff member on duty so that corrective action may be taken immediately.

    A. The inmate shall receive a response to the emergency grievance within 48 hours, with a final facility decision about whether the inmate is in substantial risk of imminent sexual abuse within 5 calendar days.

    B. The initial response, final decision and the action taken in response to the emergency grievance will be documented. Action taken can include, but not be limited to:

        (1)    <u>Refer the information to the Inspector General's Office;</u>

        (2)    <u>Afford the inmate appropriate medical, mental health care; and</u>

        (3)    <u>Address</u> any safety considerations.

2. The shift supervisor may confer with the on duty medical staff, Warden or Associate Warden and, if necessary, the DDs, to determine whether the grievance constitutes an emergency.

DS

Exhibit 4

Log Number 2006·30·29959

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Chet Duda    I.D. NUMBER: 1107359

INSTITUTION: H.D.S.P.    UNIT: 2D14

GRIEVANT'S STATEMENT: After reading AR740 and talking with one of the maintenance staff workers I do not agree with the sergeant's comment.
There is nont nothing under AR740.10 "Emergency Grievence" which constitutes what is or is not an

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____ DATE: 8/3/16 TIME: 20:13

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 8/4/16 TIME: 11:06a

GRIEVANCE RESPONSE: _____

CASEWORKER SIGNATURE: _____ DATE: 11.04.2016

___ GRIEVANCE UPHELD  ___ GRIEVANCE DENIED  ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: 11/2/16

___ INMATE AGREES  X INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: 11/8/16

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED
AUG 0 4 2016
HDSP

DOC 3091 (12 / 01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Chet Duda                    I.D. NUMBER: 1107359

INSTITUTION: H.D.S.P.              UNIT #: 2 D 14

GRIEVANCE #: _____               GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION:   PG. 1 OF 1

emergency situation. But it does state, "Reasonable and nessessary to prevent serious injury. In addition, the maintenance staff stated it only takes 30 seconds to open the vent door (which is closed) to fix the problem - circulation of air.

Four calls to maintenance from 2 different seniors, 2 call ins from 2 different sergeants one week later and a 30 sec fix has still not been performed. Maintenance has been in this unit several times over the last week and would not address the problem. And we are still baking in this oven with no circulation. This is inhumane, cruel, and unusual punishment which could be fixed in 30 seconds! —

Original:   Attached to Grievance
Pink:       Inmate's Copy

RECEIVED
AUG 04 2016
HDSP

DOC – 3097 (01/02)

Chet Duda
1107359
PO Box 650 HDSP
Indian Springs, NV 89070

CONFIDENTIAL
LEGAL MAIL

Clerk-U.S. District Court
District of Nevada
333 Las Vegas Blvd. - Rm. 1334
Las Vegas, NV. 89101

BS 1733225
Hasler
12/28/2016
US POSTAGE $002.20
FIRST-CLASS MAIL
ZIP 89101
011E12650516