UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CHET DUDA, | Case No. 2:16-cv-03044-KJD-CWH |
| --- | --- |
| Plaintiff, | ORDER |
| v. | |
| BRIAN WILLIAMS, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Order and Report and Recommendation (#46) of Magistrate Judge C.W. Hoffman, Jr. entered August 9, 2018, recommending that Plaintiff's complaint against Defendant Brettenbach be dismissed without prejudice in accordance with Federal Rule of Civil Procedure 4(m). Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

Also before the Court is Defendant's Motion for Appointment of Counsel (#47). However, the Report and Recommendation denied a previous motion for appointment of counsel (#18). Defendant failed to file points and authorities objecting to or appealing from the Order (#46) denying his previous motion. Defendant's new Motion (#47) raises the exact same arguments denied by the magistrate judge. Since Defendant failed to appeal the order, it is final and has become the law of the case. Therefore, the Court denies the renewed motion for appointment of counsel.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#46) of the United States Magistrate Judge entered August 9, 2018, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#46) entered August 9, 2018, are **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's complaint against Defendant Brettenbach is **DISMISSED without prejudice;**

IT IS FURTHER ORDERED that Plaintiff's Motion for Appointment of Counsel (#47) is **DENIED**.

Dated this 5th day of October, 2018.

Kent J. Dawson
United States District Judge