# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHET DUDA, | Case No. 2:16-cv-03044-KJD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, et al., | |
| Defendants. | |

Nevada state-prison inmate Chet Duda filed a notice of appeal. (Notice of Appeal (ECF No. 54).) He now designates the transcripts to be used in the record on appeal. (Tr. Designation (ECF No. 57).) He also sent a letter to the court, which is attached to this order, requesting that he be given transcripts without having to pay for them because he is indigent. The court construes these documents as a motion for transcripts at the government's expense.

The only transcript Duda requests is of the inmate early mediation conference that was held on November 3, 2017. The court's inmate early mediation conferences are confidential, so the substance of those conferences is not recorded. (Order Setting Inmate Early Mediation Conference (ECF No. 11) at 3-4 (explaining the discussions and negotiations the occur during the mediation conference are confidential).) But the mediator records a brief statement at the end of the conference to memorialize for the court's record whether a settlement agreement was reached. (*Id.* at 8.) In this case, the recording at the end of the mediation lasts one minute and 12 seconds. In the recording, the parties entered their appearances, the mediator stated that offers and counteroffers were exchanged but that no settlement was reached, and the mediator reminded everyone that what had been discussed was confidential. Likewise, the court's written minutes of

proceedings state who attended the mediation and document that a settlement was not reached. (Mins. of Proceedings (ECF No. 14).)

Duda was granted *in forma pauperis* status at the outset of his district court case. (Order (ECF No. 16).) Given that the minutes of proceedings contain the same information as the recording, however, the court will deny Duda's motion to the extent he requests a transcript at the government's expense. A transcript of the recorded portion of the mediation is not necessary for the appeal because the same information is contained in the minutes of proceedings. Instead, the court will provide Duda with a courtesy copy of the minutes of proceedings for the mediation.

IT IS THEREFORE ORDERED that Chet Duda's motion for a transcript (ECF No. 57) is GRANTED in part and DENIED in part as stated in this order.

IT IS FURTHER ORDERED that the clerk of court must mail Duda a courtesy copy of the minutes of proceedings at ECF No. 14.

DATED: April 11, 2019

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

4/8/19

Chet Duda 1107359
NNCC
P.O. Box 7000
Carson City, NV 89702

Dear Felicia Zabin,
    Thank you for your reply to my transcript order. I am new to this and the instruction sheet does not explain which catagory to choose.
    I guess Daily - original + 1 is O.K. As you know I am incarcerated. I have no money. This case was granted forma pauperis. The Court of Appeals for the Ninth Circuit instruction booklet, states that I can get transcripts under the Forma pauperis.
    Please help me through this because I have a deadline to get all papers filed.

                        Thank you!

                        Chet Duda

Case No 2:16-cv-3044-KJD-CWH